United States District Court

Civil Division

**FILED**

AUG 15 2008

Clerk, U.S. District and
Bankruptcy Courts

Fred Plummer DCDC224403

      Plaintiff

1901 D st SE

Washington D.C 20003

      V.

The Mayor Adrian M. Fenty

      Defendant

Office of the Secretary Suite 419

Washington D.C 20004

Serve Tabatha Braxton

Case: 1:08-cv-01420
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/15/2008
Description: Pro Se General Civil

**JURY ACTION**

District of Columbia

      Defendant

Office of the Attorney General

441 4th St N.W 6th Fl South

Washington D.C 20001

Serve Darlene Fields

<u>Complaint</u>

**RECEIVED**

AUG - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

In the instant matter on November 9. 2006 Mr Plummer Pled guitly to Cases nember 2002 CtF 1397 2005 CtF 3087 and 2006 CtF 23621 November 9. 2006 Sentence hearing before Judge Cushenberry Please reveiw Page 5. Line 7. of the transcript Mr Plummer attach to his Complaint you will See where the Court ask the government also Mr Plummer Attorney John C Duru has the enhancement Paper been Filed in Mr Plummer Cases the Court Said the enhancement Paper Must be Filed before the Court will accept Mr Plummer Plea Mr Plummer Attorney reply I appears they have been Filed the government reply yes the enhancement Page been Filed the Court used the enhancement Page to enhance Mr Plummer Sentence Mr Plummer were Sentence to two hundred and Forty days For driving under the InFluence other driving under the InFluence to two hundred and Forty days Consecutive Operating after Suspension to two hundred and Forty days Consecutive Assistant Attorney General Kara Preissed Lie to the Court the governement Did not File enhancement Page in any of Mr Plummer Cases also the government used Conviction to enhance Mr Plummer Sentence that he Did not Commit, the government Said Mr Plummer was, See Page 3.

Convicted on September 7. 2000 in the State of Viraing For driving under the Influence. Mr Plummer were not Charge nor Convicted of D.U.I on September 7. 2000 in the State of Virainia the government Said Mr Plummer were Convicted on April 3th in the District of Columbia For driving under the Influence this is also and False Statement the government made other False Statement doing the Sentencing hearing The government Violated Mr Plummer Constitution Article (V) Nor be deprived of Life and liberty or property without due process. This were also Cruel and Unusual Punishment. The government also Commit a Crime act. Mr Plummer is demanding Compensatory damage Punitive damage damage For emotional distress restitution For Period of incarceration restitution Property Loss Mr Plummer is seeking a jury trial in this matter and Mr Plummer is demanding the District of Columbia Pay him $ 150,000,000,00

Respectfully Submitted

Fred Plummer

Fred Plummer Pro Se
1901 D St SE    DCDC224405
Washington D.C 20003

08 - 1420
RMU

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

FRED PLUMMER

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PA)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
# 224403

## DEFENDANTS

ADRIAN FENTY, MAYOR, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01420
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/15/2008
Description: Pro Se General Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

■ 3 Federal Question
(U.S. Government Not a Party)

□ 2 U.S. Government Defendant

□ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZE...
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| □ A. Antitrust | □ B. Personal Injury/ Malpractice | □ C. Administrative Agency Review | □ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>□ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## □ E. General Civil (Other) OR ● F. Pro Se General Civil

| **Real Property**<br>□ 210 Land Condemnation<br>□ 220 Foreclosure<br>□ 230 Rent, Lease & Ejectment<br>□ 240 Torts to Land<br>□ 245 Tort Product Liability<br>□ 290 All Other Real Property<br><br>**Personal Property**<br>□ 370 Other Fraud<br>□ 371 Truth in Lending<br>□ 380 Other Personal Property Damage<br>□ 385 Property Damage Product Liability<br><br>**Bankruptcy**<br>□ 422 Appeal 28 USC 158<br>□ 423 Withdrawal 28 USC 157 | **Immigration**<br>□ 462 Naturalization Application<br>□ 463 Habeas Corpus- Alien Detainee<br>□ 465 Other Immigration Actions<br><br>**Prisoner Petitions**<br>□ 535 Death Penalty<br>○ 540 Mandamus & Other<br>● 550 Civil Rights<br>□ 555 Prison Condition<br><br>**Property Rights**<br>□ 820 Copyrights<br>□ 830 Patent<br>□ 840 Trademark<br><br>**Federal Tax Suits**<br>□ 870 Taxes (US plaintiff or defendant | □ 871 IRS-Third Party 26 USC 7609<br><br>**Forfeiture/Penalty**<br>□ 610 Agriculture<br>□ 620 Other Food &Drug<br>□ 625 Drug Related Seizure of Property 21 USC 881<br>□ 630 Liquor Laws<br>□ 640 RR & Truck<br>□ 650 Airline Regs<br>□ 660 Occupational Safety/Health<br>□ 690 Other<br><br>**Other Statutes**<br>□ 400 State Reapportionment<br>□ 430 Banks & Banking<br>□ 450 Commerce/ICC Rates/etc. | □ 460 Deportation<br>□ 470 Racketeer Influenced & Corrupt Organizations<br>□ 480 Consumer Credit<br>□ 490 Cable/Satellite TV<br>□ 810 Selective Service<br>□ 850 Securities/Commodities/ Exchange<br>□ 875 Customer Challenge 12 USC 3410<br>□ 900 Appeal of fee determination under equal access to Justice<br>□ 950 Constitutionality of State Statutes<br>□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act) |

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐1 Original Proceeding  ☐2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC 1983*

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $**  Check YES only if demanded in complaint  **JURY DEMAND:** ☑ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

**DATE**  **SIGNATURE OF ATTORNEY OF RECORD** *NCD*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

```
------------------------X
UNITED STATES OF AMERICA :
                         :
                         :
                         :              CDC1495-05
           vs.           :              CTF23621-06
                         :              CTF1397-02
FRED PLUMMER,            :              CTF3087-05
                         : Docket No.:  CTF14044-06
                         :
         Defendant.      :
------------------------X
```

November 9, 2006
Washington, D.C.

The above-entitled action came on for a hearing before the Honorable HAROLD L. CUSHENBERRY, JR., Associate Judge, in Courtroom Number 319.

APPEARANCES:

On behalf of the Government:

UNKNOWN, Esquire
Assistant United States Attorney

On behalf of the Defendant(s):

JOHN DURU, Esquire
Washington, D.C.

08 1420
**FILED**

AUG 1 5 2008

Clerk, U.S. District and
Bankruptcy Courts

SANDRA J. ROBIN,                Control No. 08-1677
Official Court Transcriber      Telephone: (202) 879-1757

TABLE OF CONTENTS

Witnesses

On behalf of the Government: Direct Cross Redirect Recross

On behalf of the Defendant:

EXHIBITS

On behalf of the Government:                              Received

On behalf of the Defendant:

MISCELLANY

Certificate of Transcriber................................

1                           P R O C E E D I N G S

2              THE DEPUTY CLERK:  Your Honor, on today's status

3    hearing matters calling United States versus Fred (phonetic)

4    Plummer, Case 2005 CDC 1495, 2006 CTF-23621, 2002 CTF-1397,

5    2005 CTF-3087 and 2006 CTF-14044.

6              THE GOVERNMENT:  Good morning, Your Honor, Carol

7    (indiscernible) for the District of Columbia.

8              THE COURT:  Where is Mr. Duru --

9              THE GOVERNMENT:  I'm assuming he's in the back with

10   his client.

11             THE COURT:  Mr. Duru?

12             THE GOVERNMENT:  Yeah.

13             MR. DURU:  Your Honor, if I may.

14             THE COURT:  Plummer is it?

15             THE DEFENDANT:  Yes, it is.

16             THE COURT:  We called the case.  We thought your

17   attorney -- he's been here most of the morning -- was right

18   outside but apparently he stepped away.

19             Do you -- do you have --do you know what's going on

20   in these -- in these cases?

21             THE GOVERNMENT:  I was under the impression it was

22   -- going to resolve the (indiscernible) plea today.

23             THE COURT:  Okay.  We'll get your lawyer back.

24   Okay.

25             (Thereupon, the proceedings were passed and

1  continued, as follows:)

2       THE DEPUTY CLERK:  Your Honor, recalling United

3  States versus Fred Plummer, Cases 2005 CDC 1495, 2006 CTF-

4  23621, 2002 CTF 1397, 2005 CTF-3087 and 2006 CTF-14044.

5       MR. DURU:  Good morning, Your Honor, John Duru for

6  Mr. Plummer.  He's present coming forward.

7       THE COURT:  The prosecutor indicated while you were

8  out, Mr. Duru, that she expected this to be a disposition.

9  If that's true then I'll take it.  But, let me see if I have

10  any other lawyers who have matters.  The disposition will

11  probably take a --

12       (Thereupon, other unrelated matters were discussed

13  and the proceedings continued, as follows:)

14       THE COURT:  Mr. Duru, if you could let me call some

15  other cases where they'll be shorter and then I'll take the

16  plea, okay.

17       MR. DURU:  Yes -- yes.  Thank you.

18       THE COURT:  It should be another three or four

19  minutes I think.

20       MR. DURU:  Okay.

21       (Thereupon, the proceedings were passed and

22  continued, as follows:)

23       THE DEPUTY CLERK:  Calling United States versus

24  Fred Plummer, Cases 2005 CDC-1495, 2006 CTF-23621. 2002 CTF-

25  1397, 2005 CTF-3087 and 2006 CTF-14044.

1          (Thereupon, an unrelated matter was discussed and

2   the proceedings continued, as follows:)

3          (Pause)

4          THE COURT:  What are the terms of the plea

5   bargain?

6          MR. DURU:  Good afternoon again, Your Honor, John

7   Duru for Mr. Plummer.

8          Your Honor, Mr. Plummer will be pleading guilty to

9   one count of contempt of court, one count of no permit and

10  one count of possession of open container of alcohol in 2006

11  CTF-23621.  He'll also be pleading guilty to one count of DUI

12  in 2002 CTF-1397.  He'll also be pleading guilty to one count

13  of DUI in 2005 CTF-3087.  And, in that case he will be

14  pleading guilty to one count of operating after suspension.

15  That's 2005 CTF-3087.  OW no permit, unregistered improper

16  dealer tags will be nolled in that case, 2005 CTF-3087.  2006

17  CTF 14044 will be dismissed in its entirety.  All other

18  counts in 2002 CTF-1397 will also be dismissed.  The

19  Government will waive step back.

20         THE GOVERNMENT:  No, that's not part of the

21  agreement.

22         MR. DURU:  The Government will -- will reserve step

23  back, reserve enhancement papers.

24         THE GOVERNMENT:  And, in addition there's one other

25  charge that's being dismissed, Case Number 2005 CDC-1495.  I

1   don't you said that one.

2          MR. DURU:  Yeah, that's correct, Your Honor.  And,

3   they'll be asking for a split sentence, supervised probation,

4   traffic alcohol program, Victim Impact Panel fine and DCEN do

5   not drive order and some community service.  That's the

6   extent of the agreement, Your Honor.

7          THE COURT:  The papers have already been filed I

8   assume.  They need to be filed before I take the plea.  They

9   have been filed?

10         MR. DURU:  It appears they have been filed.

11         THE COURT:  The enhancement papers --

12         THE GOVERNMENT:  Yeah, that's --

13         THE COURT:  -- okay.

14         THE GOVERNMENT:  -- correct.

15         THE COURT:  Mr. Plummer, could you raise your right

16  hand to be sworn in, sir.

17         Thereupon,

18                       FRED PLUMMER,

19  having been called as a witness, and, having been first duly

20  sworn by the Deputy Clerk, was examined and testified, as

21  follows:

22                  QUESTIONS BY THE COURT

23      Q.   Could you state your name and age, Mr. Plummer?

24      A.   Fred Plummer, 47.

25      Q.   And, this afternoon are you under the influence of

1    any alcohol or narcotic drug?

2        A.    No.

3        Q.    And, How far have you been in school, Mr. Plummer?

4        A.    Twelfth grade.  I graduated.

5        Q.    I understand you wish to plead guilty to the

6    charges outlined by your attorney based upon the plea bargain

7    that's been placed on the record.  Is that what you wish to

8    do?

9        A.    Yes, I do.

10        Q.    Have you gone over with your attorney what the

11    maximum penalties for these various offenses are?

12        A.    Yes, I did.

13        Q.    And, what is your understanding the maximum penalty

14    for misdemeanor contempt?

15        A.    One -- I think he said a hundred and twenty

16    days.

17            MR. DURU:  One hundred and eighty days.

18            THE DEFENDANT:  One eighty.

19            THE COURT:  It's a hundred and eighty days and a

20    thousand dollar fine or both.

21            BY THE COURT:

22        Q.    How about for operating without a permit?

23        A.    Ninety days.

24        Q.    That's correct.  Possession of open container of

25    alcohol?

1      A.    Ninety days.

2      Q.    That's correct.  Driving under the influence of an

3    intoxicating liquor?

4      A.    Ninety days.

5      Q.    There are two counts of that.  Operating after

6    suspension?

7      A.    Ninety days.

8           MR. DURU:  No.  Operation after suspension is one

9    year in jail and/or five thousand.

10           BY THE COURT:

11      Q.    You understand that's one year, sir?

12      A.    Yes, sir.

13      Q.    Five thousand dollar fine or both.  Because of the

14    penalties you have a right to a trial by a jury with respect

15    to operating after suspension.  A right to a trial by a judge

16    with respect to the other sentences.  But, whether or not the

17    trial would be to a judge or jury you'd have the same rights

18    protected by the Sixth Amendment of the Constitution.

19           With respect to the enhancement papers, does he

20    have a right to the jury trial is that what enhances --

21           THE GOVERNMENT:  Yes.

22           THE COURT:  -- the DUIs?

23           THE GOVERNMENT:  He's facing a year on both the DUI

24    cases and ten thousand dollars on both of them.

25           BY THE COURT:

1    Q.    You understand that as not -- not sure if I will
2  use the enhancement papers to enhance your punishment but
3  based upon your prior history and the enhancement papers
4  filed the DUIs would be jury demandable and you could
5  face up to a year for each of those offenses.  Do you
6  understand?

7    A.    Yes, I do.

8    Q.    Because of the enhancement papers?

9    A.    Yes.

10    Q.    If I use them enhance your punishment up to a year.
11  You're giving up your right to have a trial.  The Government
12  would have to put on evidence and prove your guilt beyond a
13  reasonable doubt as to each and every element of these
14  offenses that you're pleading guilty to.  You're giving up
15  your right to challenge the Government's proof, its accuracy,
16  its reliability through the cross examination of Government
17  witnesses by your lawyer.

18    Q.    You're giving up your right to remain silent in the
19  face of the Government's claim you committed these offenses.
20  In a few minutes you're going to have to confess and do so
21  under oath before I accept your guilty plea.

22        You're giving up your right to put on a defense to
23  these charges.  The right to testify yourself under oath.
24  The right to have others testify if they had any testimony
25  which would support your defense.  And, the right to compel

1   the attendance of witnesses you needed.

2       You're also giving up important appellate rights by
3   pleading guilty. Had there been a trial and had you been
4   convicted and had your attorney thought a trial judge made
5   serious legal mistakes as a matter of right, you could ask
6   the highest court of this jurisdiction to review those claims
7   of errors and to see whether or not such a serious mistake
8   was made that you didn't get a fair trial. You'd have a
9   right to an attorney. If you couldn't afford one one would
10  provide for you.

11      When you confess under oath and admit you're
12  guilty, acknowledge you have no defenses that you wish to
13  present then your guilt is determined accurately, reliable
14  and fairly. And, therefore, there'll be very few things you
15  could appeal about. You're certainly not going to be able to
16  challenge the fact that you committed these offenses.

17      You would be able to appeal if I didn't give you a
18  legal sentence or if I didn't follow law in determining what
19  your bond should be between now and the time that I impose
20  sentence.

21      But, those are the only areas left for appeal that
22  you will have if I accept your guilty pleas. Did you
23  understand all those trial rights I explained to you, Mr.
24  Plummer?

25      A.  Yes, I did.

1  Q. You understand by pleading guilty you will be

2 giving up or waiving all those trial rights?

3  A. Yes, I do.

4  Q. Has anyone forced you or threatened you to plead

5 guilty?

6  A. No.

7  Q. Has anyone made any promises to get you to plead

8 guilty other than the plea agreement that we put on the

9 record?

10  A. No.

11  Q. Are you satisfied with the help your lawyer has

12 given to resolve the charges?

13  A. Yes.

14  Q. And, have you had enough time to think about your

15 decision to admit your guilt to me and discuss that --

16  A. Yes, I have.

17  Q. -- decision with your lawyer?

18  A. Yes.

19  THE COURT:  I want you to listen to the statement

20 made by the Government lawyer, the prosecutor.  She's going

21 to tell me what she believes the evidence would have shown in

22 these respective cases to establish your guilt.  And, when

23 she finishes her statements I'll ask you if they are correct.

24 If you agree they are correct and there's a factual basis for

25 your plea I'll accept your guilty pleas.

1    THE GOVERNMENT:  Thank you, Your Honor.  With

2  regards to the 2002 case the following events occurred on

3  March 4, 2002 at 3:45 a.m. in the 2700 block of Benning Road,

4  Northeast.  Officers of the Metropolitan Police Department

5  were driving west on Benning Road, Northeast.

6    He observed the defendant later identified as Fred

7  Plummer operating a Chevy van with Virginia tags Jesus

8  (phonetic) 12.  The car -- the van was in front of him and

9  driving westbound also.  He saw the defendant swerving his

10  vehicle between the right and center lanes several times.  He

11  then passed through a red light at Benning Road and Oklahoma

12  Avenue, Northeast.

13    The officers initiated a traffic stop and the

14  defendant jumped the curb over the road while pulling over.

15  The officer approached the defendant and detected an odor

16  consistent with that of an alcoholic beverage from the

17  defendant.  His pupils were dilated and he appeared to be

18  sick.  I asked him -- I'm sorry, the officer asked him to

19  furnish a driver's license.  He also asked the defendant to

20  exit his vehicle at which time the defendant did stumbling

21  several times.  He asked the defendant to recite the alphabet

22  which he replied, I will not.  He asked him to do the walk

23  and turn test which the defendant also refused.

24    The officer observed an open container of Hennessey

25  Liquor in the vehicle.  There were no other people in the

1  vehicle with the defendant.  He checked the registration of
2  the vehicle and found that there was no record.

3       He asked -- he was later asked to perform a breath
4  test and the defendant refused saying, you ain't got nothing
5  on me.  I'll see you in Court.  And, refused to comply with
6  the Implied Consent law even though he was told that this
7  could be used against him in court.

8       With regards to all these cases the Government has
9  filed a variety of repeat papers which Your Honor has in
10 front of you and I'll go over that at a later time.

11      With regards to the 2005 case the following events
12 occurred on June 2nd, 2005 at approximately 11:14 in the
13 evening in the 2800 block of 7th Street, Northeast.

14      Officers Hoffman (phonetic) and Wildee (phonetic)
15 of the Metropolitan Police Department were in that area and
16 saw a 1998 Honda Accord with D.C. tags being operated by the
17 defendant.  There was no front tag on the vehicle and he was
18 traveling west bound on Franklin Street, Northeast.  They
19 stopped the vehicle and when the approached the driver they
20 asked him for his driver's license and registration.  He
21 stated his license was revoked.

22      Officer Wildee smelled an odor of alcohol coming
23 from the defendant's breath and he produced a Virginia ID
24 card.  He was identified as Fred Plummer.  The information
25 was run through WALES and it was learned that his permit had

1   expired.   They observed one both of Guinness beer and one

2   Schlitz malt liquor beer on the passenger side of the car the

3   defendant was operating.

4          He was placed under arrest for the license charges

5   and then he was asked to perform the standardized field

6   sobriety test.

7          At the time the opinion of the officers would have

8   been that the defendant was under the influence of alcohol

9   and too impaired to drive the vehicle.   He was also asked to

10  provide a breath test and the defendant was read the Implied

11  Consent law and he failed to do so.

12         The events that occurred in 2006 are as follows.

13  At the beginning of October the defendant had been ordered in

14  open court by Judge Ringell not to operate a motor vehicle in

15  any way shape or form with or without a valid license.

16  These events occurred on October 23rd, 2006 at approximately

17  9:50 p.m. in the 1300 block of North Capitol Street,

18  Northeast.

19         Officers of the United States Park Police were

20  called to the scene of an accident at North Capitol and P

21  Street, Northeast.   When the arrived they met a witness,

22  Josephine Dunston (phonetic), who stated that after she was

23  involved in the accident with the defendant, who was

24  identified by his Virginia driver's license as Fred Plummer

25  at that location, he continued to drive for about two blocks

1  from the scene.

2  She stated she had to drive so that she was
3  parallel to the defendant's vehicle to signal to pull over.
4  After the defendant came to a stop at the 1500 block he, the
5  defendant, approached the witness and asked her for her phone
6  number so he could call about the accident at a later date
7  and time.

8  The witness stated that she could not give her
9  phone number out to him because she didn't want to wait for
10  the police -- she wanted to wait for the police to come out
11  and contact them about the accident.  Witness one continued
12  stating that after her refusal to give out her phone number
13  he went back to his vehicle and reached in the front
14  passenger seat of the vehicle and pulled out two bottles
15  containing an unknown liquid.

16  The witness also went on and stated he pulled out
17  the two bottles and began to pour out the contents on the
18  street.  After he finished pouring out the first bottle he
19  walked away from his vehicle and placed an opened bottle
20  on the sidewalk that still contained some liquid inside of
21  it.

22  After D-1 placed the bottle down on the ground away
23  from the vehicle he began walking toward the vehicle and
24  attempted to drive off when the officers arrived on the
25  scene.

1       After hearing the story from the witness the

2  officers retrieved the bottles that were pointed out.  They

3  were labeled Michelob twelve ounce bottles of beer.  Both

4  bottles had been opened and had an odor of alcohol emanating

5  from them.  The defendant had already been waiting inside of

6  his vehicle and upon their first contact they noticed a

7  strong odor of alcohol coming from his breath.  He also

8  spilled the contents of the alcohol into his clothing at some

9  point during the evening.

10      A WALES check revealed that his driving privileges

11  had been suspended in the Commonwealth of Virginia and which

12  resulted in a revocation of his permit here in the District

13  of Columbia.  He was placed under arrest for no permit,

14  possession of an open container of alcohol in a vehicle.

15      In addition it was later found that the order --

16  that he was ordered not to drive by Judge Ringell and as a

17  result contempt charges were filed.

18      I would note that the defendant was not found to be

19  responsible for the accident in that particular case.

20          THE COURT:  Okay.

21          MR. DURU:  And, he's not charged with leaving after

22  colliding, property damage.

23          BY THE COURT:

24      Q.  Mr. Plummer, you heard what the Government said its

25  evidence would show as the contempt charge.  That you

1    willfully violated the Court order.  Is the Government's

2    statement correct, sir?

3        A.    Yes, it is.

4        Q.    How do you wish to plead to the charge of

5    misdemeanor contempt, are you guilty --

6        A.    Guilty.

7        Q.    -- or not guilty?

8        A.    Guilty.

9        Q.    You heard what the Government said with regard to

10   the charge of operating without a permit.  The Government

11   have to prove that you operated the vehicle knowingly and

12   without a permit.  Did you do that, sir?

13       A.    Yes.

14       Q.    How do you wish to -- to the charge of operating

15   with a permit are you guilty or not guilty?

16       A.    Guilty.

17       Q.    You also heard the Government say you were in

18   possession of an open container of alcohol is the

19   Government's statement correct, sir?

20       A.    Yes.

21       Q.    How do you wish to plead to the charge of

22   possession of an open container of alcohol, are you guilty or

23   not guilty?

24       A.    Guilty.

25            THE COURT:  The Court finds there's a factual basis

1  to that plea.  It's entered knowingly, intelligently and

2  voluntarily and the Court will accept.

3          BY THE COURT:

4      Q.   You heard the Government's evidence with respect

5  that you were driving under the influence of an intoxicating

6  liquor with respect to both to these charges in each of the

7  cases, did you hear the Government's proffer?

8      A.   Yes.

9      Q.   Is the Government's proffer correct?

10     A.   Yes.

11     Q.   How do you wish to plead to each count of driving

12 under the influence of an intoxicating liquor, are you guilty

13 or not guilty?

14     A.   Guilty.

15          THE COURT:  The Court finds there's a factual basis

16 for those pleas entered knowingly, intelligently and

17 voluntarily and the Court will accept it.

18          BY THE COURT:

19     Q.   Finally, you heard what the Government says its

20 evidence would show with respect to operating after

21 suspension.  They have to prove that you knowingly operated a

22 motor vehicle knowing you had been suspended.  Is the

23 Government's statement correct?

24     A.   Yes, sir.

25     Q.   How do you wish to plead to the charge of operating

1   after suspension --

2        A.    Guilty.

3        Q.    -- are you guilty or not guilty?

4        A.    Guilty.

5             THE COURT:  The Court finds there's a factual basis

6   for the plea.  It's been entered knowingly, intelligently and

7   voluntarily and the Court will accept it.

8             (Pause)

9             THE COURT:  With respect to each of these cases

10  there are written waivers which bear your signature.  Mr.

11  Plummer, did you say you read each of these?

12            THE DEFFENDANT:  Yes, I did.

13            THE COURT:  I have approved the written waivers.

14  They've been signed by your attorney and by the Assistant

15  Attorney General.  And, the Court, as I said, will make a

16  finding that based upon the questions that I asked Mr.

17  Plummer and based upon his responses, he's made an

18  intentional relinquishment of his Sixth Amendment right to

19  have a trial.

20            Is the contribution to the Victim of Crimes Fund

21  fifty dollars for each of these offenses the minimum?

22            THE GOVERNMENT:  Yes.  The minimum is fifty dollars

23  for all but the DUIs that's a straight flat fee of a hundred

24  dollars.

25            THE COURT:  That'll be fifty dollars then for each

18

1    of the offenses other than the DUIs which will be a hundred

2    dollars.  With respect to sentencing, counsel, does your

3    client wish to proceed to sentencing today or does he want a

4    presentence report?

5         MR. DURU:  He wishes to be sentenced today, Your

6    Honor.

7         THE COURT:  I'll hear the Government's

8    allocution.

9         THE GOVERNMENT:  Thank you, Your Honor.  First of

10   all I would note that the Government has filed repeat papers

11   on his DUI matters as well as with regards to the OAS charge

12   the defendant just pled to as well as release papers with

13   regards to the 2006 case.

14        In the 2002 case we filed notice that he had been

15   convicted on September 7, 2000 in the State of Virginia a

16   DUI.  And, on April 3rd, 2001 a DUI in the District of

17   Columbia.  In the 2005 case we put the defendant on notice

18   that he had been convicted in 1996 of OAS in the District of

19   Columbia.  In 2000 in the State of Maryland a DUI and DWI.

20   September 2000 in the State of Maryland for DUI.  November

21   13, 2000 in the District of Columbia for DUI.  And, the

22   release papers were filed because he committed the new crime

23   while on release.

24        These are just a sampling of the long list of

25   things the defendant has been convicted of.  I -- I went

① through and compiled a list, 2001, OAS in Virginia.  In 1996

② he was habitualized (phonetic) twice by the State of Virginia

3 as being a habitual traffic offender.  In 1996 he's convicted

4 of OAS in Virginia, twice in 1994 of OAS in Virginia.  In

5 1994 DWI in Virginia.  In 2004 he was arrested for no permit

6 in the District of Columbia.  That case was dismissed.  In

7 2004 he was convicted of an unregistered firearm and

8 attempted CPWOL.  In 1997 assault.  In 2000 in Maryland DUI.

⑨ In 2000 in D.C. DUI.  In 2000 in Virginia, DUI.  In 2001 in

10 D.C. DUI.  In 1996 in D.C. OAS.

11        The defendant has traffic records that are very

12 lengthy in Virginia, Maryland and D.C.  And, he has continued

13 to drive even while on release on these cases.  And, drive in

⑭ a way that is dangerous to others.  Every single case that I

15 read to you he was drinking while he was in the car and he

16 had multiple opened containers in the car.  And, then he does

17 things to either try and escape the scene or to hide the

18 evidence of the fact that he has these opened containers in

19 the car with him as you heard in the facts of the last case.

20 He was specifically told in open court by the Judge not to

21 drive and yet continued to do so.

22        As a result the Government is asking for the

23 following.  He's facing mandatory time of ten days as well as

24 a two thousand to ten thousand dollar fine on both the DUI

25 cases.  We'd be asking that the defendant be sentenced to

1 three hundred and sixty-five days and to a sentence suspended

2 on the 2002 case as to all but thirty days. And, that he be

3 fined the minimum two thousand dollars.

4          We'd also ask that there be a period of supervised

5 probation in which he'd be required to do the TAP Program,

6 the Victim's Impact Panel, to partake in treatment, to pay

7 the Victim's fund and that he also be ordered to do some

8 community service to pay back for the community.

9          With regards to the 2005 case we'd ask for the same

10 exact sentence but that the probation be concurrent and that

11 the jail time be consecutive.

12          With regards to the OAS case we'd ask for a hundred

13 and eighty days, entry of sentence suspended. The time to be

14 consecutive. The defendant to be given credit for the

15 seventeen days he's already done on these matters -- on that

16 case. And, for him to be ordered to pay the Victim's Fund

17 payment and be put on a probationary period concurrently with

18 the other cases.

19          With regards to the other charges, the contempt and

20 the no permit, the Government would ask for a hundred and

21 eighty days suspended on the contempt, ninety days suspended

22 on the POCA (phonetic), ninety days suspended on the no

23 permit. All consecutive to his other charges. That he be

24 put on concurrent probation with the same conditions and be

25 given the minimum Victim's Fund fines.

1      THE COURT:  In which case did you file the papers

2   that enhances the DUIs to a year?

3      THE GOVERNMENT:  In both of them, Your Honor.

4   There are -- you should have three different filings.  One

5   was filed on December 14th, 2004.  That was the initial.

6   And, then we found a second -- found the 2002 case, T-1397-

7   2002.  We put on notice of the 2001 conviction.  And, then we

8   found another conviction after that that was filed December

9   30, of 2004.  We filed a supplement putting him on notice

10  that he was convicted in 2000 of DUI.  So, he's been on

11  notice of two convictions in the 2002 case.  And, then we

12  filed in July of 2005 notice in the 2005 case for a variety

13  of convictions which puts -- makes him at least a third

14  offender.

15      THE COURT:  Mr. Duru, I'll hear you.

16      MR. DURU:  Your Honor, the record is

17  (indiscernible).  He has entered a guilty plea in most of

18  these cases.  And, by so doing he has taken full

19  responsibility for his conduct.  He has spent about seventeen

20  days behind bars as a result of these offenses.

21      He deeply regrets placing himself in this -- in

22  this position.  He's presently employed.  He's in danger of

23  losing that job.

24      I would urge Your Honor to adopt the

25  recommendation that the Government has proffered except to

22

1    give him -- suspend everything but the seventeen days he has

2    already spent in jail.  I would hate to see him lose -- lose

3    his job.  He has a fairly decent job.  He has two young

4    children he's supporting.  There's nothing I can say to

5    explain away the -- the foolishness of what he has done.  He

6    has had -- he has had ample opportunity to reflect upon it

7    over the last seventeen days.  This is not going to happen

8    again, hopefully.

9              THE COURT:  Mr. Plummer, is there anything you

10   would like to say before I impose sentence, sir?

11             THE DEFENDANT:  Yes.  I made a big mistake in

12   drinking and driving.  I just apologize to the Court that I

13   made a big mistake.  It won't happen again.

14             THE COURT:  Okay.  Mr. Plummer, your driving record

15   and your conduct is not only inexplicable it's

16   extraordinarily dangerous to other people in the community.

17   The Government has made you an extraordinarily generous plea

18   offer in this case.  Someone who has been convicted as many

19   times as you have over and over again here in -- in D.C., in

20   Virginia, in Maryland for driving under the influence and

21   you've never stopped no matter what's happened to you.

22             You get released by a Judge, told not to operate

23   without a permit, you operate without a permit.  You have

24   liquor in the car.  And, I don't know what it's going to take

25   other than a substantial period of incarceration to have you

                                                            23

understand that these are not minor trivial matters. These are very serious criminal offenses which you're going to have to pay a substantial period of time.

I'm not going to put you on probation. that wouldn't be appropriate to put you probation. that you're going to have to simply serve a jail sentence to resolve these cases.

IF I thought you would follow Court instructons I'd put you on probation but you've never have. you never. you Know. paid any attention to anything any Judge has done to you in terms of telling you to stop drinking and operate with a permit.

The sentence of the Court for misdemeanor contempt is ninety days. The sentence for operating without a permit is sixty days consecutive. the sentence for possession of an open container of alcohol is sixty days concurrent. the sentence for driving under influence is two hundred and fovty days other driving under the Influence is two hundred and forty days consecutive. The sentence for operating after suspension is two hundred and forty days consecutive.

Thank you very much
Mr. Duru: Thank you your Honor
The Defedant  Thank you
The Government  I'm assuming the minimum court

24

1    costs will be imposed in all the cases?

2             THE COURT:  Yes.

3             THE GOVERNMENT:  Thank you, Your Honor.

4             MR. DURU:  Have a good day, Your Honor.

5             THE COURT:  Thank you.

6             (Thereupon, the proceedings were concluded.)

7             *      *      *      *      *      *      *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF TRANSCRIBER

3        I, SANDRA J. ROBIN, an Official Court Transcriber
     for the Superior Court of the District of Columbia, do hereby

4    certify that in my official capacity I prepared from

5    electronic recordings the proceedings had and testimony

6    adduced in the matter of United States of America versus Fred

7    Plummer, Docket Numbers CDC1495-05, CTF23621-06, CTF1397-02,

8    CTF3087-05 and CTF14044-06 in said Court on the 9th day of

9    November, 2006.

10        I further certify that the foregoing 25 pages were

11   transcribed to the best of my ability from said recordings.

12        In witness whereof, I have subscribed my name this

13   30th day of May, 2008.

14

15

16

17

18

19                    _____

20                    Official Court Transcriber

21

22

23

24

25

26



| Case Number | Status | Judge |
|---|---|---|
| 2002 CTF 001397 | Closed | CUSHENBERRY Jr, HAROLD |

| In The Matter Of | Action |
|---|---|
| PLUMMER, FRED D | DWI (1ST) |
| | INTOX-PER SE |

| Party | | Attorneys |
|---|---|---|
| PLUMMER, FRED D | CDEF | DURU, Mr JOHN C |

| Opened | Disposed | Case Type |
|---|---|---|
| 03/04/2002 | Plea - Judgment | Traffic |
| | Guilty | |

Comments:

Charge:                                           Speed:        Zone:

Description:

Amnd Chrg:    T304

Description:  DWI (1ST) INTOX-PER SE

Disposition: Dismissed        Disposition Date:  05/15/2002

Plea:                         Decision:

Sentence:
Amount:                 Traffic Points:     Restrictions:

License Suspended Days:  Start Date:         End Date:

Jail Time:               Start Date:         End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:       Start Date:         End Date:

Comments:
Charge:                                           Speed:        Zone:

Description:

Amnd Chrg:    T301

Description:  DUI (1ST)UNDER INFLUENCE

Disposition: Dismissed        Disposition Date:  05/15/2002


DEFENDANT'S
EXHIBIT

2002 CTF 001397 PLUMMER, FRED D
_____

Plea:                           Decision:

Sentence:
Amount:                    Traffic Points:          Restrictions:

License Suspended Days:     Start Date:              End Date:

Jail Time:                 Start Date:              End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:         Start Date:              End Date:

Comments:
Charge:                                 Speed:        Zone:

Description:

Amnd Chrg:    T401

Description:  OWI (1ST) OP W/IMPAIRED



Disposition: Dismissed          Disposition Date:  05/15/2002

Plea:                           Decision:

Sentence:
Amount:                    Traffic Points:          Restrictions:

License Suspended Days:     Start Date:              End Date:

Jail Time:                 Start Date:              End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:         Start Date:              End Date:

Comments:
Charge:                                 Speed:        Zone:

Description:

Amnd Chrg:    T247

Description:  UNREGISTERD VEHICLE

2002 CTF 001397   PLUMMER, FRED D

---

Disposition: Dismissed              Disposition Date:  05/15/2002

Plea:                               Decision:

Sentence:
Amount:                   Traffic Points:        Restrictions:

License Suspended Days:   Start Date:            End Date:

Jail Time:                Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:        Start Date:            End Date:

Comments:
Charge:                                Speed:        Zone:

Description:

Amnd Chrg:   T302

Description:  DUI (2ND)UNDER INFLUENCE



Disposition: Dismissed for Want     Disposition Date:  03/29/2005
             of Prosecution

Plea: Not Guilty                    Decision:

Sentence:
Amount:                   Traffic Points:        Restrictions:

License Suspended Days:   Start Date:            End Date:

Jail Time:                Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:


Probation:
Type:

Probation Officer:

Days on Probation:        Start Date:            End Date:

Comments:

Date: 08/30/200

CRTR5925                                                    Summary

2002 CTF 001397    PLUMMER, FRED D

---

Charge:                                          Speed:          Zone:

Description:

Amnd Chrg:    T402

Description:  OWI (2ND) OP W/IMPAIRED


Disposition: Dismissed for Want      Disposition Date:  03/29/2005
             of Prosecution

Plea: Not Guilty                     Decision:

Sentence:
Amount:                    Traffic Points:        Restrictions:

License Suspended Days:      Start Date:            End Date:

Jail Time:                   Start Date:            End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:           Start Date:            End Date:

Comments:
Charge:                                          Speed:          Zone:

Description:

Amnd Chrg:    T247

Description:  UNREGISTERD VEHICLE


Disposition: Dismissed for Want      Disposition Date:  03/29/2005
             of Prosecution

Plea: Not Guilty                     Decision:

Sentence:
Amount:                    Traffic Points:        Restrictions:

License Suspended Days:      Start Date:            End Date:

Jail Time:                   Start Date:            End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

2002 CTF 001397    PLUMMER, FRED D
--------------------------------------------------------------------

<u>Probation:</u>
Type:

Probation Officer:

Days on Probation:           Start Date:           End Date:

Comments:
Charge:                          Speed:        Zone:

Description:

Amnd Chrg:    50DC2201.05[B][1] X

Description:   Driving Under Influence-1st Off


Disposition: Found Guilty - Plea    Disposition Date:   11/09/2006

Plea: Not Guilty             Decision:

<u>Sentence:</u>
Amount:                  Traffic Points:       Restrictions: Defendant to receive credit for time served. VVCC are due within six (6) months after release from incarceration.

License Suspended Days:     Start Date:          End Date:

Jail Time:               Start Date:          End Date:

<u>Suspended:</u>
Amount:

License Suspended Days:

Jail Time:

<u>Probation:</u>
Type:

Probation Officer:

Days on Probation:         Start Date:          End Date:

Comments:
Charge:                          Speed:        Zone:

Description:

Amnd Chrg:    50DC2201.05[B]2[1]

Description:   Operating While Impaired


Disposition: Nolle Prosequi      Disposition Date:   11/09/2006

Plea: Not Guilty             Decision:

2002 CTF 001397   PLUMMER, FRED D
_____

Sentence:
Amount:                    Traffic Points:          Restrictions:

License Suspended Days:     Start Date:              End Date:

Jail Time:                  Start Date:              End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:          Start Date:              End Date:

Comments:
Charge:                                    Speed:          Zone:

Description:

Amnd Chrg:    50DC1501.04[A]X

Description:   Unregistered Vehicle



Disposition: Nolle Prosequi      Disposition Date:  11/09/2006

Plea: Not Guilty                    Decision:

Sentence:
Amount:                    Traffic Points:          Restrictions:

License Suspended Days:     Start Date:              End Date:

Jail Time:                  Start Date:              End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:          Start Date:              End Date:

Comments:
_____

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------------------|-------------------------------|-------------|
| 1   | 06/12/07 | Motion to Proceed in Forma Pauperis Filed Attorney: PRO SE (999999) | 0.00 | 0.00 |

CRTR5925                                     Summary

2002 CTF 001397    PLUMMER, FRED D

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------------------------------------------------------------------------|----------------------------------|-------------|
| 2 | 06/08/07 | Motion to Release Pending Appeal Filed<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 3 | 06/08/07 | Motion For A New Trial Based on Court<br>Error and Ineffective Assistance of<br>Counsel Filed<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 4 | 03/21/07 | Motion Filed:  to grant defendant a hearing<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 5 | 03/12/07 | 23-110 Motion Filed  Pro-se<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 6 | 02/07/07 | Order Entered on the Docket.  Def Pro se<br>23-110 motion to vacate, set aside<br>sentence or judgment denied.  Copies<br>signed, mailed, and docketed on 2-07-07.<br>YF. | 0.00 | 0.00 |
| 7 | 02/07/07 | Order Denying Motion Entered on the<br>Docket.  Motion to reduce sentence denied.<br> Copies signed, mailed, and docketed on<br>2-07-07.  YF. | 0.00 | 0.00 |
| 8 | 01/31/07 | Motion to Modify Filed:  motion to reduce<br>sentence<br>Attorney: DURU, Mr JOHN C (438371) | 0.00 | 0.00 |
| 9 | 12/15/06 | Order Entered on the Docket.  Defendant 's<br>pro se motion to withdraw guilty plea<br>denied.  Copies mailed.  YF. | 0.00 | 0.00 |
| 10 | 11/09/06 | Crime Victims Compensation Fund | 100.00 | 100.00 |
| 11 | 11/09/06 | Event Resulted - Release Status:  N/A.<br>Status Hearing held.  Defendant pled<br>guilty to Charge 8; Charges 9 and 10 were<br>nolle as part of plea.  PSI waived.<br>Defendant was sentenced today.<br>The following event: Status Hearing<br>scheduled for 11/09/2006 at 9:30 am has<br>been resulted as follows:<br><br>Result: Change of Plea<br>Judge: CUSHENBERRY Jr, HAROLD    Location:<br>Courtroom 319<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr JOHN C DURU (Attorney) on behalf of<br>FRED D PLUMMER (Defendant (Criminal));<br>Judge HAROLD CUSHENBERRY Jr | 0.00 | 0.00 |
| 12 | 11/09/06 | VVCA Form Filed | 0.00 | 0.00 |

CRTR5925                                    Summary

2002 CTF 001397    PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 13 | 11/09/06 | Judgment and Commitment Order | 0.00 | 0.00 |
| 14 | 11/09/06 | Sentence<br>**Sentence for Charge # 8, Driving Under**<br>**Influence-1st Off**<br>**Sentence Date: 11/09/2006**<br>**Confinement Type: Confinement**<br>**Time: 0 years, 0 months, 240 days.**<br>**Time Susp: 0 years, 0 months, 0 days.**<br>**Amount To Serve: 0 years, 0 months, 240**<br>**days.**<br>**Consecutive Sentence with 2006 CTF 023621**<br><br>**Consecutive Sentence with 2005 CTF 003087**<br><br>**Fine Amount:** 0.00, **Amount**<br>**Suspended: , Due:**<br>**VVCA Amount:** 100.00, **Due:**<br>**Restitution Amount:** 0.00<br>**Sentencing Comments: Defendant to receive**<br>**credit for time served. VVCC are due**<br>**within six (6) months after release from**<br>**incarceration.** | 0.00 | 0.00 |
| 15 | 11/09/06 | Case Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 16 | 11/09/06 | Charge Disposed - Nolle Prosequi | 0.00 | 0.00 |
| 17 | 11/09/06 | Charge Disposed - Nolle Prosequi | 0.00 | 0.00 |
| 18 | 11/09/06 | Charge Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 19 | 11/09/06 | Waiver of Trial Filed | 0.00 | 0.00 |
| 20 | 10/30/06 | Form Generated:<br><br>Commitment Pending Disposition<br>Sent on: 10/30/2006  11:59:29 | 0.00 | 0.00 |
| 21 | 10/10/06 | Attorney Appointed...PRAECIPE attached.<br>Attorney DURU, Mr JOHN C representing<br>Defendant (Criminal) PLUMMER, FRED D as of<br>10/10/2006 | 0.00 | 0.00 |
| 22 | 10/10/06 | Attorney Appointed/Dismissed<br>Attorney OPAIGBEOGU, Mr CHIEMEKA C<br>dismissed/withdrawn for  PLUMMER, FRED D<br>on 10/10/2006 | 0.00 | 0.00 |
| 23 | 10/10/06 | Case Transferred to Another Judge<br>The judge was changed from COURTROOM 120<br>to CUSHENBERRY, JR., HAROLD FOR THIS CASE. | 0.00 | 0.00 |

CRTR5925 .                                    Summary

2002 CTF 001397    PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 24 | 10/10/06 | Event Resulted - Release Status:  PR<br>The following event: Status Hearing<br>scheduled for 10/10/2006 at 8:20 am has<br>been resulted as follows:<br><br>Result: Held.  DEFENCE ELECTED TO CONTINUE<br>FOR JT DATE AND CASE CERTED TO 319 FOR SH<br>TO SELECT JT.  PLEA OFFER WAS REJECTED.<br>Judge: COURTROOM 120    Location:<br>Courtroom 120<br>FRED D PLUMMER (Defendant (Criminal)); | 0.00 | 0.00 |
| 25 | 10/10/06 | Event Scheduled<br>Event: Status Hearing<br>Date: 11/09/2006    Time: 9:30 am<br>Judge: CUSHENBERRY, JR., HAROLD<br>Location: Courtroom 319<br><br>Result: Change of Plea | 0.00 | 0.00 |
| 26 | 10/10/06 | Form Generated:<br><br>Notice to Return to Court<br>Sent on:  10/10/2006  13:49:47 | 0.00 | 0.00 |
| 27 | 10/03/06 | Event Resulted - Release Status:  PR<br>The following event: Non-Jury Trial<br>scheduled for 10/03/2006 at 9:00 am has<br>been resulted as follows:<br><br>Result: Held DEFENDANTS HAS OTHER CASES<br>SET FOR TRIAL<br>Judge: RINGELL, RICHARD H.    Location:<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr CHIEMEKA C OPAIGBEOGU (Attorney) on<br>behalf of FRED D PLUMMER (Defendant<br>(Criminal)); Judge RICHARD H. RINGELL on<br>behalf of Judge COURTROOM 120 | 0.00 | 0.00 |
| 28 | 10/03/06 | Event Scheduled<br>Event: Status Hearing<br>Date: 10/10/2006    Time: 8:20 am<br>Judge: COURTROOM 120    Location:<br>Courtroom 120<br><br>Result: Held | 0.00 | 0.00 |
| 29 | 10/03/06 | Form Generated:<br><br>Notice to Return to Court<br>Sent on:  10/03/2006  14:26:41 | 0.00 | 0.00 |
| 30 | 08/31/06 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 10/03/2006    Time: 9:00 am<br>Judge: COURTROOM 120    Location:<br>Courtroom 120 | 0.00 | 0.00 |

Summary

2002 CTF 001397   PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 31 | 08/31/06 | Judge Caseload Transfer-Criminal The judge was changed from DIAZ, PAMELA Y. to COURTROOM 120,  . | 0.00 | 0.00 |
| 32 | 06/20/06 | Government Continuance The following event: Non-Jury Trial scheduled for 06/20/2006 at 9:00 am has been resulted as follows:<br><br>Result: Government Continuance Judge: EILPERIN, STEPHEN F    Location: Courtroom 120 FRED D PLUMMER (Defendant (Criminal)); ; Mr CHIEMEKA C OPAIGBEOGU (Attorney) on behalf of FRED D PLUMMER (Defendant (Criminal)); Judge STEPHEN F EILPERIN on behalf of Judge PAMELA Y. DIAZ | 0.00 | 0.00 |
| 33 | 06/20/06 | Event Scheduled Event: Non-Jury Trial Date: 10/03/2006   Time: 9:00 am Judge: DIAZ, PAMELA Y.    Location: Courtroom 120 | 0.00 | 0.00 |
| 34 | 06/20/06 | Form Generated:<br><br>Notice to Return to Court Sent on:  06/20/2006  13:27:29 | 0.00 | 0.00 |
| 35 | 03/28/06 | Event Resulted The following event: Non-Jury Trial scheduled for 03/28/2006 at 9:00 am has been resulted as follows:<br><br>Result: Continued  by Mutual Consent FRED D PLUMMER (Defendant (Criminal)); ; Mr CHIEMEKA C OPAIGBEOGU (Attorney) on behalf of FRED D PLUMMER (Defendant (Criminal)); Judge PAMELA Y. DIAZ | 0.00 | 0.00 |
| 36 | 03/28/06 | Event Scheduled Event: Non-Jury Trial Date: 06/20/2006   Time: 9:00 am Judge: DIAZ, PAMELA Y.    Location: Courtroom 120 | 0.00 | 0.00 |
| 37 | 03/28/06 | Form Generated:<br><br>Notice to Return to Court Sent on:  03/28/2006  10:02:20 | 0.00 | 0.00 |
| 38 | 03/17/06 | Motion to Convert Filed:  Motion to convert trial date to status hearing. Attorney: PRISSEL, KARA L (492388) | 0.00 | 0.00 |

Date: 08/30/2007   10:18:43

CRTR5925

2002 CTF 001397    PLUMMER, FRED D

Case 1:08-cv-01420-RMU    Document 1-4    Filed 08/15/2008    Page 12 of 34

Docket Sheet
Summary

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 39 | 03/13/06 | Order Denying Motion Entered on the Docket<br>THIS DOCKET ENTRY WAS ENTERED IN ERROR | 0.00 | 0.00 |
| 40 | 03/13/06 | Order Denying Motion Entered on the Docket<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr CHIEMEKA C OPAIGBEOGU (Attorney) on<br>behalf of FRED D PLUMMER (Defendant<br>(Criminal)); Judge PAMELA Y. DIAZ | 0.00 | 0.00 |
| 41 | 03/13/06 | Event Resulted<br>The following event: Non-Jury Trial<br>scheduled for 03/13/2006 at 9:00 am has<br>been resulted as follows:<br><br>Result: Continued  by Mutual Consent<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr CHIEMEKA C OPAIGBEOGU (Attorney) on<br>behalf of FRED D PLUMMER (Defendant<br>(Criminal)); Judge PAMELA Y. DIAZ | 0.00 | 0.00 |
| 42 | 03/13/06 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 03/28/2006    Time: 9:00 am<br>Judge: DIAZ, PAMELA Y.    Location:<br>Courtroom 120<br><br>Result: Continued  by Mutual Consent | 0.00 | 0.00 |
| 43 | 03/13/06 | Form Generated:<br><br>Notice to Return to Court<br>Sent on:  03/13/2006  10:21:36 | 0.00 | 0.00 |
| 44 | 03/10/06 | Motion Filed:  Defense counsel's motion to<br>withdraw as counsel of record.<br>Attorney: EYIBA, Mr ODUM C (444490) | 0.00 | 0.00 |
| 45 | 01/03/06 | JUDGE: DIAZ              , PAMELA<br>DEFENSE ATTY: OPAIGBEOGU<br>CHIEMEKA C<br>CONTINUED:    8   9  10<br><br>                    CONT. DATE: 03-13-2006<br>FOR: NON-JURY<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 6 | 11/09/05 | JUDGE: WERTHEIM        , RONALD<br>DEFENSE ATTY: OPAIGBEOGU<br>CHIEMEKA C<br>DISPOSED:    5   6   7<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>                    BOND CASH PCT:<br>BOND ACTION CODE:<br>COMMENT: HISTORY CREATED DUE TO A Z-OUT<br>CORRECTION ENTRY | 0.00 | 0.00 |

2002 CTF 001397    PLUMMER, FRED D

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|

47  11/08/05 JUDGE: MCCARTHY        , MICHAEL                     0.00              0.00
             DEFENSE ATTY: OPAIGBEOGU              ,
             CHIEMEKA C
             CONTINUED:    8    9   10

                         CONT. DATE: 01-03-2006
             FOR: STATUS HEARING
             BOND STATUS: PERSONAL RECOGNIZANCE
                           BOND CASH PCT:
             BOND ACTION CODE:

48  08/24/05 JUDGE: MCCARTHY        , MICHAEL                     0.00              0.00
             DEFENSE ATTY: LALLY              ,
             CHARLES A
             CONTINUED:    8    9   10

                         CONT. DATE: 11-08-2005
             FOR: NON-JURY
             BOND STATUS: PERSONAL RECOGNIZANCE
                           BOND CASH PCT:
             BOND ACTION CODE:

49  07/20/05 JUDGE: DOYLE          , J                           0.00              0.00
             DEFENSE ATTY: LALLY              ,
             CHARLES A
             CONTINUED:    8    9   10

                         CONT. DATE: 08-24-2005
             FOR: STATUS HEARING
             BOND STATUS: PERSONAL RECOGNIZANCE
                           BOND CASH PCT:
             BOND ACTION CODE:

50  06/06/05 JUDGE: DOYLE          , J                           0.00              0.00
             DEFENSE ATTY: LALLY              ,
             CHARLES A
             CONTINUED:    8    9   10

                         CONT. DATE: 07-20-2005
             FOR: STATUS HEARING
             BOND STATUS: PERSONAL RECOGNIZANCE
                           BOND CASH PCT:
             BOND ACTION CODE:

51  04/28/05 JUDGE: RINGELL         , RICHARD                     0.00              0.00
             DEFENSE ATTY: LALLY              ,
             CHARLES A
             CONTINUED:    8    9   10

                         CONT. DATE: 06-06-2005
             FOR: ARRAIGNMENT
             BOND STATUS: PERSONAL RECOGNIZANCE
                           BOND CASH PCT:
             BOND ACTION CODE:

CRTR5925                                          Summary

2002 CTF 001397   PLUMMER, FRED D

---

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------------------------------|-------------------------------|-------------|

---

| 52 | 03/29/05 | JUDGE: WERTHEIM        , RONALD | 0.00 | 0.00 |

DEFENSE ATTY: LALLY              ,
CHARLES A
DISPOSED:   5   6   7
BOND STATUS: PERSONAL RECOGNIZANCE
                    BOND CASH PCT:
BOND ACTION CODE:

| 53 | 01/06/05 | JUDGE: DOYLE          , J | 0.00 | 0.00 |

DEFENSE ATTY: HOLLANDER          ,
ROBERT H
CONTINUED:   5   6   7

                CONT. DATE: 03-29-2005
FOR: STATUS HEARING
BOND STATUS: PERSONAL RECOGNIZANCE
                    BOND CASH PCT:
BOND ACTION CODE:

| 54 | 01/06/05 | JUDGE: LEE            , MILTON | 0.00 | 0.00 |

DEFENSE ATTY: HOLLANDER          ,
ROBERT H
CONTINUED:   5   6   7

                CONT. DATE: 03-29-2005
FOR: NON-JURY
BOND STATUS: PERSONAL RECOGNIZANCE
                    BOND CASH PCT:
BOND ACTION CODE:
COMMENT: NO SPECIFIC REASON GIVEN

| 55 | 01/04/05 | MOTION FILED BY: DEFENSE        TYPE: | 0.00 | 0.00 |

PRE-TRIAL
DESC: MOTION TO CONVERT TRIAL DATE TO A
STATUS DATE.
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
    DISP DATE: 00-00-0000

| 56 | 09/13/04 | JUDGE: LEE            , MILTON | 0.00 | 0.00 |

DEFENSE ATTY: HOLLANDER          ,
ROBERT H
CONTINUED:   5   6   7

                CONT. DATE: 01-06-2005
FOR: NON-JURY
BOND STATUS: PERSONAL RECOGNIZANCE
                    BOND CASH PCT:
BOND ACTION CODE:

| 57 | 06/02/04 | MOTION FILED BY: DEFENSE        TYPE: | 0.00 | 0.00 |

PRE-TRIAL
DESC: MOTION FOR CONTINUANCE
OPPOSITION FILED: 00-00-0000    HEARING
DATE: 00-00-0000    DISP:
    DISP DATE: 00-00-0000

CRTR5925                                         Summary

2002 CTF 001397   PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|----------------------------------------------------------------------|-------------------------------|-------------|
| 58  | 06/01/04 | JUDGE: LEE           , MILTON DEFENSE ATTY: HOLLANDER          , ROBERT H CONTINUED:    5   6   7 | 0.00 | 0.00 |
|     |          | CONT. DATE: 09-13-2004 FOR: STATUS HEARING BOND STATUS: PERSONAL RECOGNIZANCE BOND CASH PCT: BOND ACTION CODE: | | |
| 59  | 02/27/04 | JUDGE: LEE           , MILTON DEFENSE ATTY: HOLLANDER          , ROBERT H CONTINUED:    5   6   7 | 0.00 | 0.00 |
|     |          | CONT. DATE: 06-01-2004 FOR: NON-JURY BOND STATUS: PERSONAL RECOGNIZANCE BOND CASH PCT: BOND ACTION CODE: | | |
| 60  | 02/25/04 | MOTION FILED BY: DEFENSE          TYPE: PRE-TRIAL DESC: MOTION FOR CONTINUANCE OPPOSITION FILED: 00-00-0000    HEARING DATE: 00-00-0000    DISP: DISP DATE: 00-00-0000 | 0.00 | 0.00 |
| 61  | 01/30/04 | JUDGE: LEE           , MILTON DEFENSE ATTY: HOLLANDER          , ROBERT H CONTINUED:    5   6   7 | 0.00 | 0.00 |
|     |          | CONT. DATE: 02-27-2004 FOR: NON-JURY BOND STATUS: PERSONAL RECOGNIZANCE BOND CASH PCT: BOND ACTION CODE: | | |
| 62  | 01/14/04 | MOTION FILED BY: DEFENSE          TYPE: PRE-TRIAL DESC: UNOPPOSED MOTION FOR LEAVE TO WITHDRAW OPPOSITION FILED: 00-00-0000    HEARING DATE: 00-00-0000    DISP: DISP DATE: 00-00-0000 | 0.00 | 0.00 |
| 63  | 01/10/04 | MOTION FILED BY: GOVERNMENT          TYPE: PRE-TRIAL DESC: GOVERNMENT'S REQUEST FOR VOIR DIRE OPPOSITION FILED: 00-00-0000    HEARING DATE: 00-00-0000    DISP: DISP DATE: 00-00-0000 | 0.00 | 0.00 |

2002 CTF 001337   PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------|-------------|-------------|
| 64 | 12/23/03 | JUDGE: SENIOR JUDGES      ,<br>DEFENSE ATTY: HOLLANDER<br>ROBERT H<br>CONTINUED:   5   6 | 0.00 | 0.00 |
| | | CONT. DATE: 01-30-2004<br>FOR: STATUS HEARING<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | | |
| 65 | 11/18/03 | JUDGE: RINGELL        , RICHARD<br>DEFENSE ATTY: HOLLANDER<br>ROBERT H<br>CONTINUED:   5   6   7 | 0.00 | 0.00 |
| | | CONT. DATE: 12-23-2003<br>FOR: ARRAIGNMENT<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | | |
| 66 | 10/24/03 | JUDGE: RINGELL        , RICHARD<br>DEFENSE ATTY: HOLLANDER<br>ROBERT H<br>CONTINUED:   5   6   7 | 0.00 | 0.00 |
| | | CONT. DATE: 11-18-2003<br>FOR: ARRAIGNMENT<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | | |
| 67 | 05/15/02 | JUDGE: CHRISTIAN       , ERIK<br>DEFENSE ATTY: HOLLANDER<br>ROBERT H<br>DISPOSED:   1   2   3   4<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 68 | 03/25/02 | JUDGE: CHRISTIAN       , ERIK<br>DEFENSE ATTY: HOLLANDER<br>ROBERT H<br>CONTINUED:   1   2   3   4 | 0.00 | 0.00 |
| | | CONT. DATE: 05-15-2002<br>FOR: STATUS HEARING<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | | |

CRTR5925

Summary

2002 CTF 001397   PLUMMER, FRED D

---

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|

---

| 69 | 03/04/02 | JUDGE: CHRISTIAN        , ERIK | 0.00 | 0.00 |

DEFENSE ATTY: HOLLANDER
ROBERT H
CONTINUED:    1    2    3    4

CONT. DATE: 03-25-2002
FOR: STATUS HEARING
BOND STATUS: PERSONAL RECOGNIZANCE
BOND CASH PCT:
BOND ACTION CODE:

---

| | | Totals By:  Holding | 100.00 | 100.00 |
| | | Information | 0.00 | 0.00 |
| | | *** End of Report *** | | |

| Case Number | Status | Judge |
|---|---|---|
| 2005 CTF 003087 | Closed | CUSHENBERRY Jr, HAROLD |

| In The Matter Of | | Action |
|---|---|---|
| PLUMMER, FRED D | | OPERATING AFTER SUSPENSION -2ND OFFENSE |

| Party | | Attorneys |
|---|---|---|
| PLUMMER, FRED D | CDEF | DURU, Mr JOHN C |

| Opened | Disposed | Case Type |
|---|---|---|
| 06/03/2005 | Plea - Judgment Guilty | Traffic |

Comments:

Charge:                                    Speed:        Zone:

Description:

Amnd Chrg:    50DC1403.01[E] X

Description:   Operating After Suspension 2nd
              Offense


Disposition: Found Guilty - Plea    Disposition Date:  11/09/2006

Plea: Not Guilty                    Decision:

Sentence:
Amount:                  Traffic Points:        Restrictions: Defendant to
                                                              receive
                                                              credit for
                                                              time served.
                                                              VVCC are due
                                                              within six
                                                              (6) months
                                                              after release
                                                              from
                                                              incarceration.

License Suspended Days:    Start Date:          End Date:

Jail Time:                 Start Date:          End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:


Probation:
Type:

Probation Officer:

Days on Probation:         Start Date:          End Date:

Comments:
Charge:                                    Speed:        Zone:

Description:



2005-CTF 003087   PLUMMER, FRED D

Amnd Chrg:    50DC2201.05[B]1[B] X

Description:  Driving Under Influence -2nd Off

Disposition: Found Guilty - Plea   Disposition Date:  11/09/2006

Plea: Not Guilty                Decision:

Sentence:
Amount:                  Traffic Points:          Restrictions: Defendant to
                                                     receive
                                                     credit for
                                                     time served.
                                                     VVCC are due
                                                     within six
                                                     (6) months
                                                     after release
                                                     from
                                                     incarceration.

License Suspended Days:   Start Date:              End Date:

Jail Time:                Start Date:              End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:        Start Date:              End Date:

Comments:
Charge:                                  Speed:        Zone:

Description:

Amnd Chrg:    50DC2201.05[B]2[1]X

Description:  Operating While Impaired - 2nd Off

Disposition: Nolle Prosequi    Disposition Date:  11/09/2006

Plea: Not Guilty                Decision:

Sentence:
Amount:                  Traffic Points:      Restrictions:

License Suspended Days:   Start Date:          End Date:

Jail Time:                Start Date:          End Date:

Suspended:
Amount:

License Suspended Days:

CRTR5925

Summary

2005 CTF 003087    PLUMMER, FRED D

---

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:          Start Date:              End Date:

Comments:
Charge:                                    Speed:          Zone:

Description:

Amnd Chrg:    50DC1401[D] X

Description:  No Permit


Disposition: Nolle Prosequi        Disposition Date:  11/09/2006

Plea: Not Guilty               Decision:

Sentence:
Amount:                   Traffic Points:       Restrictions:

License Suspended Days:    Start Date:           End Date:

Jail Time:                 Start Date:           End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:         Start Date:            End Date:

Comments:
Charge:                                   Speed:          Zone:

Description:

Amnd Chrg:    50DC1501.04[A]X

Description:  Unregistered Vehicle


Disposition: Nolle Prosequi        Disposition Date:  11/09/2006

Plea: Not Guilty               Decision:

Sentence:
Amount:                   Traffic Points:       Restrictions:

License Suspended Days:    Start Date:           End Date:

Jail Time:                 Start Date:           End Date:

2005 CTF 003087   PLUMMER, FRED D

---

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:          Start Date:                End Date:

Comments:
Charge:                                    Speed:          Zone:

Description:

Amnd Chrg:     18DCMR1101.3

Description:  Improper Tags


Disposition: Nolle Prosequi        Disposition Date:  11/09/2006

Plea: Not Guilty                   Decision:

Sentence:
Amount:                 Traffic Points:        Restrictions:

License Suspended Days:  Start Date:            End Date:

Jail Time:               Start Date:            End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:        Start Date:            End Date:

Comments:

---

| No. | Date of<br>Journal | Pleadings Filed, Orders and Decrees<br>Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|--------|-----------------------------------------------|-------------|-------------|
| 1 | 06/12/07 | Motion to Proceed in Forma Pauperis Filed<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 2 | 06/08/07 | Motion To Release Pending Appeal Filed<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------|----------------|-------------|
| 3 | 06/08/07 | Motion For A New Trial Based on Court<br>Error and Ineffective Assistance of<br>Counsel Filed<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 4 | 03/21/07 | Motion Filed:  to grant defendant a hearing<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 5 | 03/12/07 | Motion Filed:  for new trial based on<br>ineffective assistance of counsel<br>Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 6 | 02/07/07 | Order Entered on the Docket. Def. pro se<br>motion to vacate, set aside, or correct<br>sentence or judgment denied.  Copies<br>signed, mailed, and docketed on 2-07-07.<br>YF. | 0.00 | 0.00 |
| 7 | 02/07/07 | Order Denying Motion Entered on the<br>Docket.  Def. Rule 35 motion to reduce<br>denied.  Copies signed, mailed, and<br>docketed on 2-07-07. YF. | 0.00 | 0.00 |
| 8 | 01/31/07 | Motion to Modify Filed:  to reduce<br>sentence<br>Attorney: DURU, Mr JOHN C (438371) | 0.00 | 0.00 |
| 9 | 12/15/06 | Order Entered on the Docket.  Defendant's<br>pro se motion to withdraw guilty plea<br>denied on 12-15-06.  Copies signed,<br>mailed, and docketed.  YF. | 0.00 | 0.00 |
| 10 | 11/09/06 | Crime Victims Compensation Fund | 150.00 | 150.00 |
| 11 | 11/09/06 | Event Resulted - Release Status:  N/A.<br>Status Hearing held.  Defendant pled<br>guilty to Charges 1 and 2; Charges 3-6<br>were nolle as part of plea.  PSI waived.<br>Defendant was sentenced today.<br>The following event: Status Hearing<br>scheduled for 11/09/2006 at 9:30 am has<br>been resulted as follows:<br><br>Result: Change of Plea<br>Judge: CUSHENBERRY Jr, HAROLD    Location:<br>Courtroom 319<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr JOHN C DURU (Attorney) on behalf of<br>FRED D PLUMMER (Defendant (Criminal));<br>Judge HAROLD CUSHENBERRY Jr | 0.00 | 0.00 |
| 12 | 11/09/06 | VVCA Form Filed | 0.00 | 0.00 |
| 13 | 11/09/06 | Judgment and Commitment Order | 0.00 | 0.00 |

2005 CTF 003087    PLUMMER, FRED D

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---------|---------|---------|
| 14 | 11/09/06 | Sentence<br>**Sentence for Charge # 2, Driving Under**<br>Influence -2nd Off<br>**Sentence Date: 11/09/2006**<br>**Confinement Type:  Confinement**<br>**Time: 0 years, 0 months, 240 days.**<br>**Time Susp: 0 years, 0 months, 0 days.**<br>**Amount To Serve: 0 years, 0 months, 240**<br>**days.**<br>**Consecutive Sentence with 2005 CTF 003087**<br>1,<br>**Consecutive Sentence with 2002 CTF 001397**<br><br>**Consecutive Sentence with 2006 CTF 023621**<br><br>**Fine Amount:**          0.00, **Amount**<br>**Suspended:  , Due:**<br>**VVCA Amount:**          100.00, **Due:**<br>**Restitution Amount:**        0.00<br>**Sentencing Comments: Defendant to receive**<br>credit for time served.  VVCC are due<br>within six (6) months after release from<br>incarceration. | 0.00 | 0.00 |
| 15 | 11/09/06 | Sentence<br>**Sentence for Charge # 1, Operating After**<br>Suspension 2nd Offense<br>**Sentence Date: 11/09/2006**<br>**Confinement Type:  Confinement**<br>**Time: 0 years, 0 months, 240 days.**<br>**Time Susp: 0 years, 0 months, 0 days.**<br>**Amount To Serve: 0 years, 0 months, 240**<br>**days.**<br>**Consecutive Sentence with 2005 CTF 003087**<br>2,<br>**Consecutive Sentence with 2002 CTF 001397**<br><br>**Consecutive Sentence with 2006 CTF 023621**<br><br>**Fine Amount:**          0.00, **Amount**<br>**Suspended:  , Due:**<br>**VVCA Amount:**          50.00, **Due:**<br>**Restitution Amount:**        0.00<br>**Sentencing Comments: Defendant to receive**<br>credit for time served.  VVCC are due<br>within six (6) months after release from<br>incarceration. | 0.00 | 0.00 |
| 16 | 11/09/06 | Case Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 17 | 11/09/06 | Charge Disposed - Nolle Prosequi | 0.00 | 0.00 |
| 18 | 11/09/06 | Charge Disposed - Nolle Prosequi | 0.00 | 0.00 |
| 19 | 11/09/06 | Charge Disposed - Nolle Prosequi | 0.00 | 0.00 |
| 20 | 11/09/06 | Charge Disposed - Nolle Prosequi | 0.00 | 0.00 |

2005 .CTF 003087   PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 21 | 11/09/06 | Charge Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 22 | 11/09/06 | Charge Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 23 | 11/09/06 | Waiver of Trial Filed | 0.00 | 0.00 |
| 24 | 10/30/06 | Form Generated:<br><br>Commitment Pending Disposition<br>Sent on:  10/30/2006  12:03:57 | 0.00 | 0.00 |
| 25 | 10/10/06 | Attorney Appointed/Dismissed<br>Attorney OPAIGBEOGU, Mr CHIEMEKA C<br>dismissed/withdrawn for  PLUMMER, FRED D<br>on 10/10/2006 | 0.00 | 0.00 |
| 26 | 10/10/06 | Attorney Appointed...PRAECIPE attached.<br>Attorney DURU, Mr JOHN C representing<br>Defendant (Criminal) PLUMMER, FRED D as of<br>10/10/2006 | 0.00 | 0.00 |
| 27 | 10/10/06 | Case Transferred to Another Judge<br>The judge was changed from COURTROOM 120<br>to CUSHENBERRY, JR., HAROLD FOR THIS CASE. | 0.00 | 0.00 |
| 28 | 10/10/06 | Event Resulted - Release Status:  PR<br>The following event: Non-Jury Trial<br>scheduled for 10/10/2006 at 9:15 am has<br>been resulted as follows:<br><br>Result: Not Held.  DEFENCE ELECTED TO<br>CONTINUE FOR JT DATE AND CASE CERTED TO<br>319 FOR SH TO SELECT JT.<br>Judge: MELENDEZ, AIDA L.      Location:<br>Courtroom 120<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr CHIEMEKA C OPAIGBEOGU (Attorney) on<br>behalf of FRED D PLUMMER (Defendant<br>(Criminal)); Judge AIDA L. MELENDEZ on<br>behalf of Judge COURTROOM 120 | 0.00 | 0.00 |
| 29 | 10/10/06 | Event Scheduled<br>Event: Status Hearing<br>Date: 11/09/2006    Time: 9:30 am<br>Judge: CUSHENBERRY, JR., HAROLD<br>Location: Courtroom 319<br><br>Result: Change of Plea | 0.00 | 0.00 |
| 30 | 10/10/06 | Form Generated:<br><br>Notice to Return to Court<br>Sent on:  10/10/2006  12:03:05 | 0.00 | 0.00 |

CRTR5925

2005 CTF 005087    PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 31 | 08/02/06 | Judge Caseload Transfer-Criminal<br>The judge was changed from DIAZ, PAMELA Y.<br>to COURTROOM 120,  . | 0.00 | 0.00 |
| 32 | 08/02/06 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 10/10/2006    Time: 9:15 am<br>Judge: COURTROOM 120    Location:<br>Courtroom 120 | 0.00 | 0.00 |
| 33 | 06/20/06 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 10/10/2006    Time: 9:15 am<br>Judge: DIAZ, PAMELA Y.    Location:<br>Courtroom 120 | 0.00 | 0.00 |
| 34 | 06/20/06 | Government Continuance<br>The following event: Non-Jury Trial<br>scheduled for 06/20/2006 at 9:00 am has<br>been resulted as follows:<br><br>Result: Government Continuance<br>Judge: EILPERIN, STEPHEN F    Location:<br>Courtroom 120<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr CHIEMEKA C OPAIGBEOGU (Attorney) on<br>behalf of FRED D PLUMMER (Defendant<br>(Criminal)); Judge STEPHEN F EILPERIN on<br>behalf of Judge PAMELA Y. DIAZ | 0.00 | 0.00 |
| 35 | 06/20/06 | Form Generated:<br><br>Notice to Return to Court<br>Sent on:  06/20/2006  13:28:29 | 0.00 | 0.00 |
| 36 | 03/29/06 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 06/20/2006    Time: 9:00 am<br>Judge: DIAZ, PAMELA Y.    Location:<br>Courtroom 120 | 0.00 | 0.00 |
| 37 | 03/28/06 | Event Resulted<br>The following event: Jury Trial scheduled<br>for 03/28/2006 at 9:00 am has been<br>resulted as follows:<br><br>Result: Continued  by Mutual Consent<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr CHIEMEKA C OPAIGBEOGU (Attorney) on<br>behalf of FRED D PLUMMER (Defendant<br>(Criminal)); Judge PAMELA Y. DIAZ | 0.00 | 0.00 |

2005 CTF 003087    PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 38 | 03/28/06 | Event Resulted<br>The following event: Jury Trial scheduled for 06/20/2006 at 9:00 am has been resulted as follows:<br><br>Result: Continued  by Mutual Consent<br>THIS EVENT WAS RESULTED IN ERROR<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr CHIEMEKA C OPAIGBEOGU (Attorney) on behalf of FRED D PLUMMER (Defendant (Criminal)); Judge PAMELA Y. DIAZ | 0.00 | 0.00 |
| 39 | 03/28/06 | Event Scheduled<br><br>The following event: Non-Jury Trial scheduled for 03/28/2006 at 9:00 am has been rescheduled as follows:<br><br>Event: Jury Trial<br>Date: 06/20/2006     Time: 9:00 am<br>Judge: DIAZ, PAMELA Y.    Location: Courtroom 120<br><br>Result: Continued  by Mutual Consent | 0.00 | 0.00 |
| 40 | 03/28/06 | Form Generated:<br><br>Notice to Return to Court<br>Sent on:  03/28/2006  10:02:08 | 0.00 | 0.00 |
| 41 | 03/28/06 | Event Resulted<br>The following event: Non-Jury Trial scheduled for 03/28/2006 at 9:00 am has been resulted as follows:<br><br>Result: Court Continuance Other<br>COURT UNABLT TO REACH NEW TRIAL DATE SET | 0.00 | 0.00 |
| 42 | 03/10/06 | Motion Filed: Defense counsel's motion to withdraw as counsel of record.<br>Attorney: EYIBA, Mr ODUM C (444490) | 0.00 | 0.00 |
| 43 | 01/03/06 | JUDGE: DIAZ              , PAMELA<br>DEFENSE ATTY: OPAIGBEOGU           ,<br>CHIEMEKA C<br>CONTINUED:    1    2    3    4    5    6<br><br>                    CONT. DATE: 03-28-2006<br>FOR: JURYTRIAL<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>            BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |

2005 CTF 003087    PLUMMER, FRED D

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|---------|------|------|------|
| 44 | 11/08/05 | JUDGE: MCCARTHY        , MICHAEL<br>DEFENSE ATTY: OPAIGBEOGU        ,<br>CHIEMEKA C<br>CONTINUED:    1    2    3    4    5    6<br><br>CONT. DATE: 01-03-2006<br>FOR: STATUS HEARING<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 45 | 08/24/05 | JUDGE: MCCARTHY        , MICHAEL<br>DEFENSE ATTY: LALLY        ,<br>CHARLES A<br>CONTINUED:    1    2    3    4    5    6<br><br>CONT. DATE: 11-08-2005<br>FOR: NON-JURY<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 46 | 07/20/05 | JUDGE: DOYLE        , J<br>DEFENSE ATTY: LALLY        ,<br>CHARLES A<br>CONTINUED:    1    2    3    4    5    6<br><br>CONT. DATE: 08-24-2005<br>FOR: STATUS HEARING<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 47 | 06/06/05 | JUDGE: DOYLE        , J<br>DEFENSE ATTY: LALLY        ,<br>CHARLES A<br>CONTINUED:    1    2    3    4    5    6<br><br>CONT. DATE: 07-20-2005<br>FOR: STATUS HEARING<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |
| 48 | 06/03/05 | JUDGE: RINGELL        , RICHARD<br>DEFENSE ATTY: LALLY        ,<br>CHARLES A<br>BOND STATUS: PERSONAL RECOGNIZANCE<br>BOND CASH PCT:<br>BOND ACTION CODE: | 0.00 | 0.00 |

|   | Totals By:  Holding | 150.00 | 150.00 |
|---|---------------------|--------|--------|
|   | Information | 0.00 | 0.00 |

*** End of Report ***

| Case Number | Status | Judge |
|---|---|---|
| 2006 CTF 023621 | Closed | CUSHENBERRY Jr, HAROLD |

**In The Matter Of**

PLUMMER, FRED D

**Action**

Arrest Charge

| Party | | Attorneys |
|---|---|---|
| PLUMMER, FRED D | CDEF | DURU, Mr JOHN C |

| Opened | Disposed | Case Type |
|---|---|---|
| 10/24/2006 | Plea - Judgment Guilty | Traffic |

Comments:     Citation court date: 2006-10-24
              Warrant number:

Charge:       22999999999                    Speed:        Zone:

Description:  2411 POCA (POSS. OPEN ALCOHOL)

Amnd Chrg:    25DC1001A,D Y

Description:  Poss of Open Container of Alcohol


Disposition: Found Guilty - Plea    Disposition Date:  11/09/2006

Plea: Not Guilty                    Decision:

Sentence:
Amount:                   Traffic Points:        Restrictions: Defendant to
                                                               receive
                                                               credit for
                                                               time served.
                                                               VVCC are due
                                                               within six
                                                               (6) months
                                                               after release
                                                               from jail.

License Suspended Days:    Start Date:           End Date:

Jail Time:                 Start Date:           End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:        Start Date:            End Date:

Comments:
Charge:       22999999999                    Speed:        Zone:

Description:  6000 LEAVING SCENE OF ACCIDENT -
              PER INJ



CRTR5925

2006 CTF 023621    PLUMMER, FRED D

Amnd Chrg:    23DC1329

Description:  Contempt


Disposition: Found Guilty - Plea    Disposition Date:  11/09/2006

Plea: Not Guilty                    Decision:

Sentence:
Amount:                    Traffic Points:        Restrictions: Defendant to
                                                  receive
                                                  credit for
                                                  time served.
                                                  VVCC are due
                                                  within six
                                                  (6) months
                                                  after release
                                                  from
                                                  incarceration.

License Suspended Days:    Start Date:            End Date:

Jail Time:                 Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:         Start Date:            End Date:

Comments:
Charge:    22999999999                    Speed:        Zone:

Description:  6294 NO PERMIT

Amnd Chrg:    50DC1401[D] X

Description:  No Permit


Disposition: Found Guilty - Plea    Disposition Date:  11/09/2006

Plea: Not Guilty                    Decision:

Sentence:
Amount:                    Traffic Points:        Restrictions: Defendant to
                                                  receive
                                                  credit for
                                                  time served.
                                                  VVCC are due
                                                  within six
                                                  (6) months
                                                  after release
                                                  from
                                                  incarceration.

2006 CTF 023621   PLUMMER, FRED D

---

License Suspended Days:          Start Date:              End Date:

Jail Time:                       Start Date:              End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:               Start Date:              End Date:

Comments:

---

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 06/12/07 | Motion to Proceed in Forma Pauperis Filed Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 2 | 06/08/07 | Motion to Release Pending Appeal Filed Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 3 | 06/08/07 | Motion For A New Trial Based on Court Error and Ineffective Assistance of Counsel Filed Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 4 | 03/21/07 | Motion Filed:  to grant defendant a hearing Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 5 | 02/07/07 | Order Entered on the Docket.  Def. pro se 23-110 motion to vacate, set aside, or correct sentence and judgment denied. Copies signed, mailed, and docketed on 2-07-07.  YF. | 0.00 | 0.00 |
| 6 | 02/07/07 | Order Denying Motion Entered on the Docket.  Def. Rule 35 motion denied for lack of jurisdiction.  Copies signed, mailed, and docketed on 2-07-07.  YF. | 0.00 | 0.00 |
| 7 | 01/31/07 | Motion to Modify Filed:  reduce sentence Attorney: DURU, Mr JOHN C (438371) | 0.00 | 0.00 |
| 8 | 01/23/07 | 23-110 Motion Filed Attorney: PRO SE (999999) | 0.00 | 0.00 |
| 9 | 12/15/06 | Order Entered on the Docket.  Defendant's pro se motion to withdraw a guilty plea denied.  Copies signed, mailed, and docketed on 12-15-06.  YF. | 0.00 | 0.00 |

2006 CTF 023621   PLUMMER, FRED D

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------|---------|---------|
| 10 | 11/09/06 | Crime Victims Compensation Fund | 150.00 | 150.00 |
| 11 | 11/09/06 | Event Resulted - Release Status: N/A.<br>Status Hearing held. Defendant pled<br>guilty to the Information. PSI waived.<br>Defendant was sentenced today.<br>The following event: Status Hearing<br>scheduled for 11/09/2006 at 9:00 am has<br>been resulted as follows:<br><br>Result: Change of Plea<br>Judge: CUSHENBERRY Jr, HAROLD    Location:<br>Courtroom 319<br>FRED D PLUMMER (Defendant (Criminal)); ;<br>Mr JOHN C DURU (Attorney) on behalf of<br>FRED D PLUMMER (Defendant (Criminal));<br>Judge HAROLD CUSHENBERRY Jr | 0.00 | 0.00 |
| 12 | 11/09/06 | VVCA Form Filed | 0.00 | 0.00 |
| 13 | 11/09/06 | Judgment and Commitment Order | 0.00 | 0.00 |
| 14 | 11/09/06 | Sentence<br>Sentence for Charge # 3, No Permit<br>Sentence Date: 11/09/2006<br>Confinement Type:  Confinement<br>Time: 0 years, 0 months, 60 days.<br>Time Susp: 0 years,  months, 0 days.<br>Amount To Serve: 0 years, 0 months, 60<br>days,<br>Consecutive Sentence with 2006 CTF 023621<br>2,<br>Concurrent Sentence with 2006 CTF 023621<br>1,<br>Consecutive Sentence with 2002 CTF 001397<br>,<br>Consecutive Sentence with 2005 CTF 003087<br>,<br>VVCA Amount:        50.00, Due:<br>Sentencing Comments: Defendant to receive<br>credit for time served. VVCC are due<br>within six (6) months after release from<br>incarceration. | 0.00 | 0.00 |
| 15 | 11/09/06 | Sentence<br>Sentence for Charge # 2, Contempt<br>Sentence Date: 11/09/2006<br>Confinement Type: Confinement<br>Time: 0 years, 0 months, 90 days.<br>Time Susp: 0 years,  months, 0 days.<br>Amount To Serve: 0 years, 0 months, 90<br>days,<br>Consecutive Sentence with 2006 CTF 023621<br>1,<br>Consecutive Sentence with 2006 CTF 023621<br>3,<br>Consecutive Sentence with 2002 CTF 001397<br>,<br>Consecutive Sentence with 2005 CTF 003087<br>, | 0.00 | 0.00 |

2006 CTF 023621   PLUMMER, FRED D

**VVCA Amount:**       50.00, **Due:**
**Sentencing Comments:** Defendant to receive
credit for time served.  VVCC are due
within six (6) months after release from
incarceration.

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr   Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 16 | 11/09/06 | Sentence<br>Sentence for Charge # 1, Poss of Open<br>Container of Alcohol<br>Sentence Date: 11/09/2006<br>Confinement Type:  Confinement<br>Time: 0 years, 0 months, 60 days.<br>Time Susp: 0 years,  months,  days.<br>Amount To Serve: 0 years, 0 months, 60<br>days.<br>Consecutive Sentence with 2006 CTF 023621<br>2,<br>Concurrent Sentence with 2006 CTF 023621<br>3,<br>Consecutive Sentence with 2002 CTF 001397<br>,<br>Consecutive Sentence with 2005 CTF 003087<br>,<br>VVCA Amount:        50.00, Due:<br>Sentencing Comments: Defendant to receive<br>credit for time served.  VVCC are due<br>within six (6) months after release from<br>jail. | 0.00 | 0.00 |
| 17 | 11/09/06 | Case Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 18 | 11/09/06 | Charge Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 19 | 11/09/06 | Charge Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 20 | 11/09/06 | Charge Disposed - Plea Judgment Guilty | 0.00 | 0.00 |
| 21 | 11/09/06 | Waiver of Trial Filed | 0.00 | 0.00 |
| 22 | 10/30/06 | Information Concerning Release Status<br>Which Enhances Possible Penalities Filed<br>Attorney: PRISSEL, KARA L (492388) | 0.00 | 0.00 |
| 23 | 10/30/06 | Form Filed: Gerstein | 0.00 | 0.00 |
| 24 | 10/30/06 | Pre Trial Report | 0.00 | 0.00 |
| 25 | 10/30/06 | Prisoner Transfer Request<br><br>Prisoner Transfer Request<br>Sent on:  10/30/2006  12:05:54 | 0.00 | 0.00 |

Docket Sheet
Summary
Page: 6

CRTR5925

2006 CTF 023621    PLUMMER, FRED D

| No. | Date of Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|-----|------|------|------|------|
| 26 | 10/30/06 | Form Generated:<br><br>Commitment Pending Disposition<br>Sent on: 10/30/2006 12:04:57 | 0.00 | 0.00 |
| 27 | 10/30/06 | Event Scheduled<br>Event: Status Hearing<br>Date: 11/09/2006    Time: 9:00 am<br>Judge: CUSHENBERRY Jr, HAROLD    Location: Courtroom 319<br><br>Result: Change of Plea | 0.00 | 0.00 |
| 28 | 10/30/06 | Form Generated:<br><br>Prisoner Return<br>Sent on: 10/30/2006 11:58:24 | 0.00 | 0.00 |
| 29 | 10/30/06 | Event Resulted - Release Status:NO BOND A1A GRANTED IN ALL FIVE CASES<br>The following event: Detention Hearing scheduled for 10/30/2006 at 12:00 pm has been resulted as follows:<br><br>Result: Held<br>Judge: MCCARTHY, MICHAEL J    Location: Courtroom 115 | 0.00 | 0.00 |
| 30 | 10/24/06 | CJA Eligibility Form Filed | 0.00 | 0.00 |
| 31 | 10/24/06 | Pre Trial Report | 0.00 | 0.00 |
| 32 | 10/24/06 | Form Filed: GERSTEIN | 0.00 | 0.00 |
| 33 | 10/24/06 | Prisoner Transfer Request<br><br>Prisoner Transfer Request<br>Sent on: 10/24/2006 16:13:11 | 0.00 | 0.00 |
| 34 | 10/24/06 | Event Resulted - Release Status:NO BOND A1A GRANTED.<br>The following event: Traffic - Lockup Arraignments scheduled for 10/24/2006 at 2:00 pm has been resulted as follows:<br><br>Result: 23-1322a1A Det Pend Trial Felony/Misd<br>Judge: MCCARTHY, MICHAEL J    Location: Courtroom 115 | 0.00 | 0.00 |

Date: 08/30/2007  10:21:16

CRTR5925                                    Summary

2006 CTF 023621    PLUMMER, FRED D

---

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|--------------------------------------------------------------------------|----------------------------------|-------------|
| 35 | 10/24/06 | Event Scheduled<br>Event: Detention Hearing<br>Date: 10/30/2006   Time: 12:00 pm<br>Judge: MCCARTHY, MICHAEL J   Location:<br>Courtroom 115<br><br>Result: Held | 0.00 | 0.00 |
| 36 | 10/24/06 | Form Generated:<br><br>Commitment Pending Disposition<br>Sent on: 10/24/2006  16:11:57 | 0.00 | 0.00 |
| 37 | 10/24/06 | Event Scheduled<br>Event: Traffic - Lockup Arraignments<br>Date: 10/24/2006   Time: 2:00 pm<br>Judge: MCCARTHY, MICHAEL J   Location:<br>Courtroom 115<br><br>Result: 23-1322a1A Det Pend Trial<br>Felony/Misd | 0.00 | 0.00 |
| 38 | 10/24/06 | Charge Filed<br>Charge #3: No Permit | 0.00 | 0.00 |
| 39 | 10/24/06 | Charge Filed<br>Charge #2: Contempt | 0.00 | 0.00 |
| 40 | 10/24/06 | Charge Filed<br>Charge #1: Poss of Open Container of<br>Alcohol | 0.00 | 0.00 |
| 41 | 10/11/06 | Attorney Appointed...PRAECIPE attached.<br>Attorney DURU, Mr JOHN C representing<br>Defendant (Criminal) PLUMMER, FRED D as of<br>10/11/2006 | 0.00 | 0.00 |

---

|  | Totals By:  Holding<br>Information<br>*** End of Report *** | 150.00<br>0.00 | 150.00<br>0.00 |
|--|--|--|--|