UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRED PLUMMER, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | Civil Action No. 08-1420 (RMU) |
| ) |  |
| ADRIAN FENTY, Mayor, *et al.*, ) |  |
| ) |  |
| Defendants. ) |  |

## **FINAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of August, 2008, hereby

ORDERED that the complaint be, and hereby is, DISMISSED without prejudice for want of federal jurisdiction.

This is a final, appealable Order. *See* Fed. R. App. P. 4.

RICARDO M. URBINA
United States District Judge